# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CAITLYN JONES, | § § § § | |
| *Plaintiffs* | § § | C.A. NO. 6:20-cv-00001-JCB-JDL |
| | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| KAIZEN MARKETING GROUP, INC. | § § § | |
| *Defendant* | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, Caitlyn Jones, in the above entitled and numbered action, and would show to the Court that she no longer desires to prosecute any claims against Kaizen Marketing Group, Inc., Defendant herein, for the reason that all matters in controversy have been amicably compromised and settled between the parties. Plaintiff hereby respectfully moves that the case be dismissed with prejudice, as to Defendant, Kaizen Marketing Group, Inc.  Further, Plaintiff moves that all taxable costs of court shall be taxed against the parties incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court enter an Order dismissing with prejudice this lawsuit against Defendant, Kaizen Marketing Group, Inc., and ordering that all taxable costs of court shall be taxed against the parties incurring the same.

Respectfully submitted,

*/s/William S. Hommel, Jr.*
WILLIAM S. HOMMEL, JR.
State Bar No. 09934250
**HOMMEL LAW FIRM**
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100
469-533-1618 (Fax)

**ATTORNEY FOR PLAINTIFF**

*/s/ Eric Kolder*
ERIC KOLDER
State Bar Card No. 24083323
ekolder@rameyflock.com
**RAMEY & FLOCK, P.C.**
100 E. Ferguson, Suite 404
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (Fax)

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on June 26, 2020. Local Rule CV-5(a)(3)(A).

*/s/ Eric Kolder*
Eric Kolder